Christopher Adams

1324 Locust St

Apt 428

Philadelphia, PA 19107

484-253-5513

Ftreader484@gmail.com

RECEIVED

MAR 0 5 2026

Chambers of
Georgette Castner, U.S.D.J.

February 26, 2025

Honorable Georgette Castner

U.S. District Court for the District of New Jersey

402 East State Street

Trenton, NJ 08608

Re: Case No. 3:2025cv18103

Dear Judge Castner:

I am writing regarding the above-referenced matter, filed on December 2, 2025.

As a pro se litigant, I respectfully seek clarification concerning the next procedural step in this case. Specifically, I would appreciate guidance as to whether I should proceed with serving the defendant at this time pursuant to Rule 4 of the Federal Rules of Civil Procedure, or whether I should await further communication or instruction from the Court.

My intent is to ensure full compliance with the Federal Rules of Civil Procedure and the Local Civil Rules. I wish to avoid acting prematurely or contrary to proper procedure.

Thank you for your time and consideration.

Respectfully,

Christopher Adams

1324 Locust St
Apt A28
Phila, PA 19107

PHILADELPHIA PA 190
26 FEB 2026 PM 5 L

Honorable Georgette Castner
US District Court of New Jersey
402 East State St
Trenton, NJ 08608

08608-150799